**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Antonio A. Cooper aka Antonio Cooper     CHAPTER 13

                Debtor(s)     BKY. NO. 20-10642 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                                           Respectfully submitted,
                                                           **/s/ Rebecca A. Solarz Esquire**
                                                           Rebecca A Solarz, Esquire
                                                           Kevin G. McDonald, Esquire
                                                           KML Law Group, P.C.
                                                           701 Market Street, Suite 5000
                                                           Philadelphia, PA 19106-1532
                                                           (215) 627-1322