## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   ANTONIO COOPER         :     Case No. 20-10642
                                :
                                :
         Debtor(s)              :     Chapter 13

### ORDER

AND NOW, this __11th__ day of __February__, 2020, upon Motion of Debtor, it is hereby ORDERED AND DECREED that the captioned Chapter 13 case No. 20-10642 is hereby dismissed, without prejudice.

BY THE COURT,

_/s/ Ashely_

Ashely M. Chan
United States Bankruptcy Judge