United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 20-10642-amc
Antonio A. Cooper                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: DonnaR          Page 1 of 1          Date Rcvd: Feb 11, 2020
                              Form ID: pdf900       Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
db           #+Antonio A. Cooper,   125 Vista Drive,   Easton, PA 18042-7201
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg           +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14461087      +Coral Ridge Commons Condomium Associatio,   1100 North Meadow Parkway, #114,
               Roswell, GA 30076-3871
14461088      +Jacob Davis, Esquire,   Jannette M. Shockley, Esquire,   Lazega & Johanson, LLC,
               PO Box 250800,   Atlanta, GA 30325-1600
14465740      +Nationstar Mortgage LLC,   dba Mr Cooper,   c/o Rebecca A Solarz, Esquire,
               701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14464831      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   C/O KML Law Group,   701 Market Street Suite 5000,
               Philadelphia, PA. 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 12 2020 02:54:59
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 12 2020 02:55:08    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                    TOTAL: 2


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
        REBECCA ANN SOLARZ   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
         bkgroup@kmllawgroup.com
        ROBERT  GLAZER   on behalf of Debtor Antonio A. Cooper usbcglazer@gmail.com
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                    TOTAL: 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   **ANTONIO COOPER**              :         **Case No.  20-10642**

                                                           :

                                                           :

                        **Debtor(s)**     :         **Chapter 13**

## ORDER

AND NOW, this __11th__ day of __February__ , 2020, upon Motion of Debtor, it is hereby ORDERED AND DECREED that the captioned Chapter 13 case No.  20-10642   is hereby dismissed, without prejudice.

BY THE COURT,

_____

Ashely M. Chan
United States Bankruptcy Judge